UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>COCA-COLA ENTERPRISES INC. d/b/a<br>MIDWEST COCA-COLA BOTTLING CO.,<br><br>　　　　　　　　Defendant. | Civil No. 03-3296 (DSD/JSM)<br><br>**AGREED ORDER** |

　　　　The Equal Employment Opportunity Commission ("EEOC") and Coca-Cola Enterprises, Inc. d/b/a Midwest Coca-Cola Bottling Co. ("Defendant") jointly move the Court to extend the Settlement Agreement and Order issued by the Court in this matter.

　　　　**WHEREAS**, a lawsuit was filed by the EEOC on May 30, 2003, pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, et seq.  In its complaint, the EEOC alleged that Defendant, Coca-Cola Enterprises Inc. d/b/a Midwest Coca-Cola Bottling Co. ("Defendant" or "Coca-Cola Enterprises"), discriminated against Glenda Robertson by failing or refusing to hire her for a merchandiser position on the basis of her race, black, and sex, female.

　　　　**WHEREAS,** Defendant denies that it has committed any of the violations alleged by the EEOC.

　　　　**WHEREAS,** the EEOC and Defendant ("the parties") settled the EEOC's claims, and a Settlement Agreement was filed with the Court on June 22, 2004.  The Court issued an Order on July 7, 2004, approving the Settlement Agreement and retaining jurisdiction to enforce the provisions of the Settlement Agreement.

　　　　**WHEREAS**, the Settlement Agreement expires on June 22, 2006, however, Defendant

1

has not to date complied with all of the terms of <u>Section F, Recruitment</u> in the Settlement Agreement.

    **NOW THEREFORE**, in an effort to resolve the non-compliance issue, the parties agree to the following terms of this Agreed Order:

    1.    Defendant agrees to partner with the Minneapolis Urban League to actively recruit and prepare black women for careers as merchandisers with Coca-Cola Enterprises. A Coca-Cola Enterprises representative will contact Minneapolis Urban League President Clarence Hightower to arrange the partnership.

    2.    Under this partnership, a Coca-Cola Enterprises human resources representative and a merchandiser supervisor will meet with black women, identified by the Minneapolis Urban League, who are interested in working as a merchandiser. Coca-Cola Enterprises representatives will explain the application, interview and selection process at Coca-Cola Enterprises. Defendant will provide information on the selection criteria used to evaluate applicants and the simulation test. Defendant will also provide information on the merchandiser position including job duties and qualifications.

    3.    If at any time while this Agreed Order is in force, the EEOC believes that a violation of the Agreed Order has occurred, prior to exercising its right to move to compel enforcement, the EEOC shall give written notice detailing the perceived violation to Defendant. Defendant shall have thirty (30) days from receipt of written notice to investigate and respond in writing to the allegation that a violation has occurred. Thereafter, the parties shall have a period of thirty (30) days in which to engage in negotiation and conciliation regarding any alleged violation before the EEOC may move to compel compliance.

  4. The affirmative obligations under this Agreed Order shall be effective and binding upon the parties until September 30, 2006.

  5. This Court shall retain jurisdiction of this action for the purpose of enforcing the Agreed Order and entry of such orders as may be necessary or appropriate for the same period of time, except that, if any party has, prior to the Agreed Order's expiration on September 30, 2006, commenced proceedings to compel compliance, this Court will retain jurisdiction of the action until all issues relating to such compliance proceedings have been resolved. At the end of the expiration period, or as soon as all enforcement issues (if any) have been resolved, whichever occurs last, this Agreed Order will expire without further motion by any party.

  I have read the foregoing Agreed Order, and accept and agree to the provisions contained therein.

            John C. Hendrickson
            Regional Attorney
            Equal Employment Opportunity Commission
            Chicago District Office

            Jean P. Kamp
            Associate Regional Attorney
            Equal Employment Opportunity Commission
            Chicago District Office

Dated:  3/20/06       s/Tina Burnside
            Tina Burnside (WI#1026965)
            Equal Employment Opportunity Commission
            Minneapolis Area Office
            330 Second Avenue South, Suite 430,
            Minneapolis, MN 55401-2224
            Telephone: (612) 335-4047

            Attorneys for EEOC

Dated: March 17, 2006             s/E. Todd Presnell
                                  E. Todd Presnell
                                  Miller & Martin PLLC
                                  1200 One Nashville Place
                                  150 Fourth Avenue North
                                  Nashville, Tennessee 37219
                                  (615) 244-9270

                                  Attorneys for Coca-Cola Enterprises Inc. d/b/a
                                  Midwest Coca-Cola Bottling Company

SO ORDERED.

Dated: April 3, 2006              s/David S. Doty
                                  David S. Doty
                                  United States District Court Judge